UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MONIQUE ARGE,

Plaintiff,

v. CASE NO. 8:26-cv-2848-WFJ-SPF

MARK QUINN, et al.,

Defendants.
_________________________________/

**ORDER**

Before the Court is *pro se* Defendant Mark Quinn's Motion to Submit Documentation Electronically (Doc. 11) which the Court construes as a motion for access to the Court's electronic filing system (CM/ECF). Quinn's motion consists of a singular sentence which requests electronic access for no identified reason. (*Id.*)

"*Pro se* litigants are generally denied access to electronic filing unless extenuating circumstances exist to justify waiving CM/ECF procedures." *Huminski v. Vermont*, No. 2:13-cv-692-FtM-29DNF, 2014 WL 169848, at *4 (M.D. Fla. Jan. 15, 2014) (denying a *pro se* plaintiff's motion to permit electronic filing where the plaintiff failed to show good cause for the requested relief); *see also Postell v. Nestle Prepared Foods Co. USA*, No. 3:18-cv-1134-J-JBT, 2019 WL 5102552, at *2 (M.D. Fla. Jan. 25, 2019) (denying *pro se* plaintiff's request for permission to file documents electronically where plaintiff's being out of state did not constitute extenuating circumstances necessitating access to CM/ECF). Here, Defendant has identified no extenuating circumstances which would warrant access to CM/ECF.

Accordingly, it is **ORDERED**:

1. Defendant Mark Quinn's Motion to Submit Documentation Electronically (Doc. 11) is **DENIED**.

**ORDERED** in Tampa, Florida, on November 19, 2026.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE